UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ANTONIO SOTO,

        Plaintiff,

vs.

WESTERN LINEN SERVICE, et al.,

        Defendants.

Case No. 2:14-cv-01565-JCM-VCF

ORDER

Due to conflicting duties of the Court, the early neutral evaluation scheduled for March 17, 2015 is hereby CONTINUED to March 20, 2015, at 10:00 a.m. All other requirements of the order setting the early neutral evaluation (Docket No. 14) remain in effect.

IT IS SO ORDERED.

DATED: February 26, 2015.

NANCY J. KOPPE
United States Magistrate Judge