# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ANTONIO SOTO,

        Plaintiff(s),

vs.

WESTERN LINEN SERVICE, et al.,

        Defendant(s).

Case No. 2:14-cv-01565-JCM-VCF

ORDER

On April 27, 2015, the Court held an early neutral evaluation session and a settlement was reached. *See* Docket No. 26. The Court ordered that the parties must file a stipulation of dismissal and a proposed order no later than June 9, 2015. *Id.* No such stipulation or proposed order has been filed. *See* Docket. Accordingly, the Court hereby **SETS** a status conference for June 29, 2015, at 3:00 p.m. in Courtroom 3A. Alternatively, the filing of a stipulation of dismissal and a proposed order by that date will suffice to vacate this hearing

IT IS SO ORDERED.

DATED: June 11, 2015

                                                              NANCY J. KOPPE
                                                              United States Magistrate Judge