IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANTONIO SOTO,       ) | Case No. 2:14-cv-1565-JCM-VCF |
|     Plaintiff,       ) | |
|                       ) | **ORDER TEMPORARILY UNSEALING** |
| vs.              ) | **TRANSCRIPT** |
| WESTERN LINEN SERVICE, et al) | |
|     Defendants.      ) | |
| _____) | |

On June 25, 2015, Katherine Eismann, Official Court Reporter, received a Transcript Order from Keith M. Lyons, Jr., counsel for defendant, requesting a transcript of the sealed hearing April 27, 2015, in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Keith M. Lyons, Jr.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

**DATED** this 26th day of June 2015.

_____
NANCY J. KOPPE
United States Magistrate Judge