ROBERT A. WINNER, ESQ.
Nevada Bar No. 5167
BRENT A. CARSON, ESQ.
Nevada Bar No. 5903
**WINNER & CARSON, P.C.**
510 South Eighth Street
Las Vegas, Nevada 89101
Ph: (702) 471-1111
Fax: (702) 471-0110
bac@winnercarson.com
 - and -
KEITH M. LYONS JR., ESQ.
Nevada Bar No. 4682
**LYONS LAW FIRM**
512 South Eighth Street
Las Vegas, Nevada 89101
Ph: (702) 432-8655
Fax: (702) 432-8715
klyons@lyonslawfirm.net

*Attorneys for Defendants, Western Linen Service and Reynold W. Dolman*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA**
*****

| | |
|---|---|
| ANTONIO SOTO,<br><br>              Plaintiff,<br><br>vs.<br><br>WESTERN LINEN SERVICE, a Nevada Corporation; REYNOLD W. DOLMAN, an Individual; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>              Defendants. | Case No.: 2:14-cv-01565-JCM-VCF<br><br><br><br>**STIPULATION AND ORDER FOR<br>DISMISSAL WITH PREJUDICE** |

    Comes now the Plaintiff, ANTONIO SOTO, by and through his attorney, JAMES P. KEMP, ESQ. of KEMP & KEMP and the Defendants, WESTERN LINEN SERVICE and REYNOLD W. DOLMAN, by and through their attorneys, BRENT A. CARSON, ESQ. of WINNER & CARSON, P.C. and KEITH M. LYONS JR., ESQ. of LYONS LAW FIRM and

////

////

////

*Lyons Law Firm*
512 South 8th Street
Las Vegas, NV 89101
(702)432-8655; FAX: (702)432-8715

Page 1 of 2

Stipulation and Order for
Dismissal with Prejudice

hereby stipulate to dismiss this case with prejudice each side to bear their own attorneys fees and costs.

DATED this 23rd day of July, 2015.

| KEMP & KEMP | WINNER & CARSON, P.C. and LYONS LAW FIRM |
|---|---|
| By: /s/ James P. Kemp<br>James P. Kemp, Esq.<br>Nevada State Bar #6375<br>7435 W. Azure Drive, Ste 110<br>Las Vegas, NV 89130<br>Attorney for Plaintiff, Antonio Soto | By: /s/<br>ROBERT A. WINNER<br>Nevada Bar No. 5167<br>BRENT A. CARSON<br>Nevada Bar No. 5903<br>510 South Eighth Street<br>Las Vegas, Nevada 89101<br>and<br>KEITH M. LYONS JR.<br>Nevada Bar No. 4682<br>512 South Eighth Street<br>Las Vegas, Nevada 89101<br>Attorneys for Defendants, Western Linen Services and Reynold W. Dolman |

### ORDER

Based on the foregoing stipulation of the parties,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice; and

**IT IS FURTHER ORDERED** that each party shall bear their own attorneys fees and costs.

/s/ James C. Mahan
United States District Court Judge

Dated: July 29, 2015

Lyons Law Firm
512 South 8th Street
Las Vegas, NV 89101
(702)432-8655; FAX: (702)432-8715

Page 2 of 2

Stipulation and Order for Dismissal with Prejudice